# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 31, 2005

Clifford W. Taylor,
Chief Justice

128300 & (29)(30)

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

EUGENE FLOYD,
          Plaintiff-Appellant,

v

DEPARTMENT OF CORRECTIONS,
          Defendant-Appellee.

SC: 128300
COA: 259517
Montcalm CC: 03-002522-AH

_____/

      On order of the Court, the application for leave to appeal the March 8, 2005 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. The motion for immediate consideration and the motion for bail are also considered, and they are DENIED.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 31, 2005                                  _____
                                                      Clerk

s1024